| | | | | |
|---|---|---|---|---|
| Hairston v. State | 49A04–1606–CR–1267 | 12/30/2016 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Beserra v. State | 71A03–1606–CR–1369 | 12/30/2016 | RILEY, J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Hill v. State | 31A01–1604–CR–812 | 12/30/2016 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Grube v. Grube | 10A05–1607–DR–1693 | 12/30/2016 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Keller v. State | 46A04–1601–CR–142 | 12/30/2016 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Torres v. White | 45A05–1608–PL–1892 | 12/30/2016 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Smith v. State | 49A04–1608–PC–1953 | 12/30/2016 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |